IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

PADRE WILLIE BEISON,                    )
                                        )
                      Petitioner,       )
                                        )
        vs.                             )        No. CIV-12-164-C
                                        )
STATE OF OKLAHOMA/OKLAHOMA,             )
COUNTY DISTRICT COURT,                  )
                                        )
                      Respondents.      )

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B).   Judge Bacharach entered a Report and Recommendation on April 16, 2012, to which Petitioner has timely objected.  The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again.  In his objection, Petitioner complains that his brief in response to Respondents' Motion to Dismiss was timely and should  not have been stricken.  Having reviewed the brief, however, the Court finds it raises no argument of fact or law that was not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief.  A judgment will enter accordingly.

IT IS SO ORDERED this 8th day of May, 2012.


ROBIN J. CAUTHRON
United States District Judge